STATE OF LOUISIANA IN THE INTEREST OF J.G.

* NO. 2023-CA-0629

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

*JCL* LOBRANO, J., CONCURS IN THE RESULT